UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL STANLEY TURNER
ADC #081306                                                                PLAINTIFF

v.                              No. 5:17-cv-188-DPM-JTR

DIANE LENDERMAN, Bookkeeper;
TAMMY ALLEN, Buisness Manger; and
W. STRAUGHN, Warden, Cummins Unit, ADC                    DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Turner moves to proceed *in forma pauperis*. № 1. But he's a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, he'd had at least three cases dismissed as strikes . *E.g., Turner v. Edwards*, 4:99-cv-392-GH; *Turner v. Norris*, 5:10-cv-246-JLH; *Turner v. Flynn*, 5:15-cv-167-JJV. And nothing in Turner's new complaint shows he's in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His motion to proceed *in forma paupers*, № 1, is therefore denied.

3. Turner's complaint will be dismissed without prejudice. If Turner wants to pursue this case, then he must pay the $400 filing and

administrative fees and file a motion to reopen by 18 September 2017. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2017