# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CARL STANLEY TURNER
ADC #081306                                                               PLAINTIFF

v.                    No. 5:17-cv-188-DPM

DIANE LENDERMAN, Bookkeeper;
TAMMY ALLEN, Buisness Manger; and
W. STRAUGHN, Warden, Cummins Unit, ADC        DEFENDANTS

## JUDGMENT

Turner's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2017